1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   DONALD ROOTS,                           No.  2:14-cv-0030 CKD P

12                  Petitioner,

13        v.                                  ORDER

14   ELVIN VALENZUELA,

15                  Respondent.

16

17        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas

18   corpus pursuant to 28 U.S.C. §  2254.  Petitioner has not, however, filed a request to proceed in

19   forma pauperis or paid the required filing fee ($5.00).  See 28 U.S.C. §§ 1914(a); 1915(a).

20   Petitioner will be provided the opportunity to either submit a request to proceed in forma pauperis

21   or submit the appropriate filing fee.

22        In accordance with the above, IT IS HEREBY ORDERED that:

23        1.  Petitioner shall submit, within thirty days from the date of this order, a request to

24   proceed in forma pauperis or the appropriate filing fee; petitioner's failure to comply with this

25   order will result in a recommendation that this action be dismissed; and

26   /////

27   /////

28   /////

                                            1

1    2. The Clerk of the Court is directed to send petitioner a copy of the in forma pauperis

2   form used by this district.

3   Dated: January 9, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
root0030.101a

2